■ Toma Kalaj et al., Respondents, v Tortola Salon, Appellant. [46 NYS3d 793]—Order, Supreme Court, New York County (Cynthia S. Kern, J.), entered November 23, 2015, which, in this action for personal injuries sustained when plaintiffs slipped and fell on ice on the sidewalk in front of defendant salon, denied defendant's motion to dismiss the complaint, unanimously affirmed, without costs.

Defendant's documentary evidence, attempting to show that it did not own the building adjacent to the sidewalk, does not conclusively refute plaintiffs' allegation that defendant owed a duty to plaintiffs with regard to the subject sidewalk (*see AG Capital Funding Partners, L.P. v State St. Bank & Trust Co.*, 5 NY3d 582, 591 [2005]). Concur—Friedman, J.P., Mazzarelli,

Andrias, Feinman and Gesmer, JJ. 